TOWN OF WINDHAM *v.* ROGER L. LECLAIR ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 901 (AC 19139/AC 19140/AC 19142), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Roger L. LeClair*, pro se, in support of the petition.

Decided January 12, 2000

---

STATE OF CONNECTICUT *v.* ALBERT GEBEAU

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 795 (AC 17412), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

Decided February 2, 2000

---

CHRISTIE MIKOLINSKI *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 691 (AC 17835), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Jeffrey D. Brownstein*, in support of the petition.

Decided February 2, 2000